**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Donald Dayquan Smith, Appellant.

Appellate Case No. 2021-000579

―――――――――――

Appeal From Florence County
Michael G. Nettles, Circuit Court Judge
Michael S. Holt, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2023-UP-359
Submitted October 1, 2023 – Filed November 8, 2023

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.